**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JUDY G. HEUGEL,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, VICTORY MANAGEMENT SERVICES, LLC,<br><br>Defendants. | Civil Action No.: 1:22-cv-01152-LY<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Judy G. Heugel and Defendant Trans Union, LLC, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file the appropriate dismissal papers within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter, as to Defendant Trans Union, LLC only.

Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Date: March 14, 2023,                    */s/ James Ristvedt*
James Ristvedt, AZ Bar #035938
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerattorneys.com
T: (480) 626-1956

David A. Chami, AZ No. 027585
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, Arizona 85258
T: (480) 626-2359
E: dchami@consumerattorneys.com

*Attorneys for Plaintiff Judy G. Heugel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Nataly Clark*